**Opinion issued October 5, 2023**



In The

# Court of Appeals

For The

# First District of Texas

————————————

## NO. 01-23-00304-CV

————————————

## IN RE NANCY PRESSLER AND H. PAUL PRESSLER, III, Relators

---

## Original Proceeding on Petition for Writ of Mandamus

---

### MEMORANDUM OPINION

Relators, Nancy Pressler and H. Paul Pressler, III, have filed a petition for writ of mandamus challenging the trial court's April 20, 2023 amended order compelling net worth discovery.[1] We deny the petition and lift the stay imposed by our April 21, 2023 order.

---

[1] The underlying case is *Gareld Duan Rollins, Jr. v. H. Paul Pressler III, Nancy Pressler, Paige Patterson, Jared Woodfill, The Woodfill Law Firm, f/k/a Woodfill & Pressler, L.L.P., Southwestern Baptist Theological Seminary, First Baptist Church of Houston, The Southern Baptist Convention, and The Executive*

Panel consists of Justices Goodman, Rivas-Molloy, and Guerra.

*Committee of the Southern Baptist Convention*, cause number 2017-69277A, pending in the 127th District Court of Harris County, Texas, the Honorable Ravi K. Sandill presiding.